UNITED STATES of America,
Plaintiff–Appellee,

v.

Gerardo NOLASCO–MARTINEZ,
Defendant–Appellant.

No. 15–30236

United States Court of Appeals,
Ninth Circuit.

---

Submitted May 24, 2016 *

FILED May 31, 2016

Christopher S. Atwood, Special Assistant U.S. Attorney, Office of the U.S. Attorney, Boise, ID, for Plaintiff–Appellee.

John R. Kormanik, Esquire, Kormanik Hallam & Sneed LLP, Boise, ID, for Defendant–Appellant.

Before: REINHARDT, W. FLETCHER, and OWENS, Circuit Judges.

MEMORANDUM **

Gerardo Nolasco–Martinez appeals from the district court's judgment and challenges the 15-month sentence imposed following his guilty-plea conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. We dismiss but remand to the district court to correct the judgment.

Nolasco–Martinez contends that his sentence is substantively unreasonable. Because Nolasco–Martinez has been released from custody and is not subject to a term of supervised release, we dismiss the appeal as moot. *See United States v. Palomba*, 182 F.3d 1121, 1123 (9th Cir. 1999).

In accordance with *United States v. Rivera–Sanchez*, 222 F.3d 1057, 1062 (9th Cir. 2000), we remand the case to the district court with instructions that it delete from the judgment the reference to section 1326(b)(1).

**DISMISSED; REMANDED to correct the judgment.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

